UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **24-3098**  Caption: **Owens v. Garden City Inc.**

Motion for: **Withdraw Appeal from District Courts Nov. 8, 2024 decision and order**

Set forth below precise, complete statement of relief sought:

**Withdrawl all issues raised in my Appeal.**

MOVING PARTY: **Eric Owens**   OPPOSING PARTY: **Steven Stern**

☑ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: **Eric Owens / 14 Butler St. / Glen Cove, NY 11542**

OPPOSING ATTORNEY: **Steven Stern / 179 Westbury Ave / Westbury, NY 11514**

Court- Judge/ Agency appealed from: **Honorable Joan Azrack**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1): ☑ Yes ☐ No

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested? ☐ Yes ☑ No

Has argument date of appeal been set? ☐ Yes ☑ No

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☑ No
Has this relief been previously sought in this court? ☐ Yes ☑ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: _____ Date: **4/21/25**  Service: ☑ CM/ECF ☐ Other

Form T-1080 (rev.12-13)

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

Not Applicable

UNITED STATECOURT OF APPEALLS

SECOND CIRCUIT OF NEW YORK

Eric Owens

APPEALLANT

Docket # 24-3098

The Incorporated Village of Garden City

Kenneth O. Jackson, Police Commission, GCPD     Request to withdraw Appeal.

Russell Police Officer, Garden City Police (GCPD)

Sergeant Punch, GCPD

23-CV-7430

Defendant(s). APPEALLEE(S)

**Defendant(s) in their Individual and Official Capacity**

I Eric Owens, respectfully submit this to this Court requesting that my appeal requesting review of a decision and order from Hon. Joan M. Azrack, District Court, dated 11/8/2024 be withdrawn and removed from this Appellate Court's jurisdiction

This request for Withdrawal of my appeal is of my own wishes.

I am also conceding to the Private Attorney's (acting as The People of The State of New York) motion in opposition to my appeal.

Counsel is correct with the Statues and Rules he cited regarding such appeals; after all, when litigating one must follow the rules and obey the laws, and I thank Counsel for his commitment to law and order, as can be subjectively seen in his pleadings requesting denial. (pun intended).

**Wherefore, Plaintiff respectfully ask these things of this Court, and any other relief that this Court deems just and proper.**

Respectfully, *Eric Owens*

Eric Owens, Appellant
14 Butler Street
Glen Cove NY 11542
347-724-060
Ericowens90@yahoo.com

Page 1 of 2

**Cc:**
United States District Court EDNY
100 Federal Plaza
Central Islip, NY 11722

Steven Stern, Counsel for Appeallee
179 Westbury Avenue
Carle Place, NY 11514

Dated April 4, 2025

**UNITED STATECOURT OF APPEALLS**

**SECOND CIRCUIT OF NEW YORK**

Eric Owens

                                           APPEALLANT

Docket # 24-3098

The Incorporated Village of Garden City

Kenneth O. Jackson, Police Commission, GCPD     Affidavit in support to withdraw

Russell Police Officer, Garden City Police (GCPD)     Appeal and Service

Sergeant Punch, GCPD

                          Defendant(s). APPEALLEE(S)

**Defendant(s) in their Individual and Official Capacity**

I Eric Owens, Plaintiff residing at 14 Butler Street Glen Cove, NY 11542, deposes and states under the penalty of perjury that:

1. I am respectfully submitting this to this Court requesting that my appeal requesting review of a decision and order from Hon. Joan M. Azrack, District Court, dated 11/8/2024 be **withdrawn** and removed from this Appellate Court's jurisdiction

2. This request for Withdrawal of my appeal is of my own wishes.

3. I am also conceding to the Private Attorney's (acting as The People of The State of New York) motion in opposition to my appeal.

4. I am aware of the consequences of withdrawing my appeal.

And that everything stated within the motion and affidavit in support is true.

And that on April 7, 2025, a copy of this affidavit was mailed to Counsel and The Court via USPS, at their respective address. Listed below:

**Wherefore, Plaintiff respectfully ask these things of this Court, and any other relief that this Court deems just and proper.**

Dated: April 4, 2025

Respectfully, *Eric Owens*

Eric Owens, Appellant
14 Butler Street
Glen Cove NY 11542
347-724-060
Ericowens90@yahoo.com

**Cc:**
United States District Court EDNY
100 Federal Plaza
Central Islip, NY 11722

Steven Stern, Counsel
179 Westbury Avenue
Carle Place, NY 11514

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Eric Owens

v.

Garden City Inc.

**CERTIFICATE OF SERVICE***

Docket Number: 24-3098

I, Eric Owens, hereby certify under penalty of perjury that
(print name)
on 4/21/25, I served a copy of Motion Information
(date)
Statement
(list all documents)

by (select all applicable)**

___ Personal Delivery    ✓ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

Steven Stern | 179 Westbury Ave | Carle Place | NY | 11514
Name | Address | City | State | Zip Code

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

4/21/25
Today's Date

[Signature]
Signature

Certificate of Service Form (Last Revised 12/2015)

Eric Chiefs
14 Bretton Rd
Glen Cove NY 11542

MID-ISLAND NY 117
22 APR 2025 PM 3 L
FIRST-CLASS

USM
MAILED
SDNY

US POSTAGE PITNEY BOWES
ZIP 11542
0006218580
$000.69⁰
APR 22 2025

USM United States Court of Appeals
40 Foley Sq
New York, NY 10007

Att: Court Clerk

K. Owens
14 By Heist
Glen Cove, NY 11542
2C

RECEIVED
2025 APR 10 PM 3:52
U.S. COURT OF APPEALS

Att: U.S. Court of Appeals
2nd Circuit
40 Foley Square
New York, NY 10007

MID-ISLAND NY 117
USMD 2025 PM 2
SDNY

10007-15030