**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-five.

---

Eric Owens,

       Plaintiff - Appellant,

  v.

The Incorporated Village of Garden City, Kenneth O. Jackson, Police Commission, GCPD, Russell Police Officer, Garden City Police, GCPD, Sergeant Punch, GCPD,

       Defendants – Appellees.

**ORDER**

Docket No. 24-3098

---

Appellant, pro se, moves to withdraw this appeal.

IT IS HEREBY ORDERED that the motion to withdraw is GRANTED. The appeal is hereby deemed withdrawn. Appellant's motion for leave to proceed in forma pauperis and for other relief (docket entry 23) is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/29/2025